**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6801**

_____

In Re:  RICHARD S. FOWLER,

                                                    Petitioner.

_____

On Petition for Writ of Mandamus.  (CR-94-216)

_____

Submitted:  January 16, 2003          Decided:  February 3, 2003

_____

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Richard S. Fowler, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard S. Fowler filed a petition for a writ of mandamus alleging undue delay in the district court. Fowler filed a motion for reduction of sentence in the district court on March 21, 2001. The district court ruled on the motion on October 22, 2002, after Fowler filed the mandamus petition. Accordingly, the mandamus petition is now moot. We therefore deny the petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2